UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ANGELA HOPP,

                Defendant.

Case No. 20-CR-172-JPS

**ORDER**

---

On September 18, 2020 the government returned a single-count information against Defendant, charging her with making a false and fictitious written statement intended and likely to deceive with respect to a material fact connected to the lawfulness of the sale and disposition of a firearm in violation of 18 U.S.C. § 922(a)(6) and 924(a)(2). (Docket #1). That same day, the parties entered into a plea agreement as to Count One of the Information. (Docket #2).

The parties appeared before Magistrate Judge William E. Duffin on October 5, 2020 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #8). Defendant entered a plea of guilty as to Count One of the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (*Id.*)

Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #8) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 25th day of November, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge